# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 26cr847-RSH |
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER TO DISMISS THE INDICTMENT** |
| Miguel Angel Marquez Rodriguez,<br>Defendant. | |

Upon motion of the United States of America and good cause appearing,

**IT IS HEREBY ORDERED** that the Indictment in the above-entitled case be dismissed without prejudice as to Defendant Miguel Angel Marquez Rodriguez.

**IT IS SO ORDERED**.

DATED: April 27, 2026.

_Robert S Huie_

HONORABLE ROBERT S. HUIE
United States District Judge